IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
et al.,

        Plaintiffs,                      No. 12-cv-1353 KJM DAD PS

    vs.

JOHN H. EUGENE, JR.;             ORDER
JUDY EUGENE,

        Defendants.
_____/

        Defendants are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

        On September 11, 2012, the magistrate judge filed findings and recommendations, which were served on defendants and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and defendants have not filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

1 | reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.
2 | 1983). Having carefully reviewed the file, the court finds the findings and recommendations to
3 | be supported by the record and by the proper analysis.
4 |         Accordingly, IT IS HEREBY ORDERED that:
5 |         1. The findings and recommendations filed September 11, 2012 (Doc. No. 3) are
6 | adopted in full;
7 |         2. This action is summarily remanded to the Sacramento County Superior Court;
8 | and
9 |         3. This case is closed.
10 | DATED: January 29, 2013.

                                            UNITED STATES DISTRICT JUDGE